[Department Two.—February 8, 1883.]

THE HOGS BACK CONSOLIDATED MINING COM-
PANY, RESPONDENT, v. THE NEW BASIL CONSOLI-
DATED MINING COMPANY, APPELLANT.

SERVICE BY MAIL—INSUFFICIENCY OF AFFIDAVIT.—An affidavit of service by
mail is insufficient when it fails to show that the person making the service, and
the person on whom it is made, reside, or have their offices in different places,
between which there is a regular communication by mail.

APPEAL from a judgment of the Superior Court of Placer
County.

The plaintiff and defendant are corporations. The action was
brought in the Superior Court of Placer County. The defend-
ant demurred to the complaint, and the plaintiff confessed the
demurrer, and obtained leave to amend within twenty days. An
amended complaint was filed accordingly, with an affidavit
attached showing an attempted service by mail. A judgment
by default was entered against the defendant for failing to answer
the amended complaint. The additional facts appear in the
opinion of the court.

*W. R. Daingerfield,* and *Edward Lynch,* for Appellant.

*Hale & Craig,* for Respondent.

PER CURIAM.—In this case plaintiff had judgment against
defendant by default; the court below denied a motion to open
the default, and defendant appealed.

The following is the affidavit of service of the amended
complaint:—

"D. W. Spear of said Placer County, being duly sworn, says:
That he is a citizen of the United States, and is, and was on the
20th day of October, 1881, over eighteen years of age, and not a
party to this action. That on the 20th day of October, 1881,
the amended complaint in the said action was filed; that forth-
with, to wit, on the 20th day of October, 1881, he, affiant,
deposited in the postoffice at Auburn, Placer County, California,
a copy of the said amended complaint, enclosed in a sealed
envelope, postage prepaid, and directed to Edward Lynch (the
attorney for defendant herein), at No. 324 Pine Street, San

Francisco, California, the place where said attorney resides and has his office."

The affidavit of service was insufficient, and therefore the default in the case was improperly entered. (*Reed* v. *Allison*, 61 Cal. 461; *Cunningham* v. *Warnekey*, 61 Cal. 507; *Moore* v. *Besse*, 35 Cal. 185; *People* v. *Alameda T. R. Co.* 30 Cal. 182; § 1012, Code Civ. Proc.)

Judgment reversed, and cause remanded with leave to apellant to file an answer to the complaint within twenty days after the filing of the remittitur herein in the court below.